UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE Nº 98-464-CR-NESBITT

FILED BY \_\_\_\_ D.C
98 OCT -1 PM 3: 39
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.O. OF FLA.-MIAMI

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

LUIS ORDONEZ,

    *Defendant.*

_____/

**MOTION FOR PERMISSION
TO TRAVEL**

**COMES NOW**, the defendant, **LUIS ORDONEZ**, by and through undersigned counsel, hereby moves this Honorable Court for permission to travel, and as grounds, therefore, avers the following:

1. On or about June 1998, the defendant was charged with one (1) count of conspiracy to traffic in counterfeit cigars and two (2) counts of trafficking in counterfeit cigars. Subsequently, the defendant was released on bond and is presently under the supervision of Pretrial Services.

2. As of the date of the filing of this motion, the defendant has fully complied with all pretrial reporting requirements.

3. The defendant is employed by New Era Star Corporation as an independent salesman located in Miami, Florida. The company engages in buying and selling jewelry throughout the United States, and therefore, requires that the defendant

**SCANNED**

#17

CASE № 98-464-CR-NESBITT

travel interstate in order to conduct business accordingly.

4. The defendant is willing to provide this Court, if necessary, with any and all addresses and telephone numbers where he can be reached at all times when travelling.

5. Undersigned counsel has conferred with Assistant United States Attorney Jonathan Loo as well as Pretrial Service Officer Joe Perez regarding their position with respect to the foregoing and they have indicated that they have no objection to this Court permitting the defendant to travel within the United States.

**WHEREFORE**, based upon the foregoing, the defendant prays that this Honorable Court will enter an Order granting him permission to travel.

**I HEREBY CERTIFY** that on this 24th day of September, 1998, a true and correct copy of the foregoing was furnished to Jonathan Loo, Assistant United States Attorney, 99 Northeast 4th Street, Miami, Florida 33132, and Joe Perez, Pretrial Service Officer, 300 Northeast 1st Avenue, Room 315, Miami, Florida.

Respectfully submitted,

**JULIO GUTIERREZ, P.A.**
1395 Northwest 15th Street
Miami, Florida 33125
Tel: (305) 325-8600

JULIO GUTIERREZ
Florida Bar № 602426